AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**MICHAEL V. SHAW**

**CRIMINAL COMPLAINT**

**(Name and Address of Defendant)**

**CASE NUMBER:**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **February 1, 2006** in **WASHINGTON** county, in the _____ District of **COLUMBIA** defendant did, (Track Statutory Language of Offense)

**having been convicted of a crime punishable by imprisonment for a term exceeding one year, ship and transport in interstate and foreign commerce, and possess in and affecting commerce, a firearm and ammunition, and did receive a firearm and ammunition, which had been shipped and transported in interstate and foreign commerce, that is, a Glock 9mm semi-automatic pistol, and 9mm ammunition; and did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.**

in violation of Title **18 and 21** United States Code, Section(s) **922(g)(1) and 841(a)(1)**.

I further state that I am **OFFICER ROBERT OVERMYER**, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

**Continued on the attached sheet and made a part hereof:**    ☒ Yes   ☐ No

**Signature of Complainant**
**OFFICER ROBERT OVERMYER**
**SEVENTH DISTRICT, MPD**

Sworn to before me and subscribed in my presence,

_____ at **Washington, D.C.**
Date                                                              City and State

_____        _____
**Name & Title of Judicial Officer**                **Signature of Judicial Officer**