UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 06-054 (RCL) |
| | : | |
| v | : | |
| | : | |
| MICHAEL SHAW | : | |

### ORDER

WHEREUPON, having considered Goverment's Motion in Limine Seeking Admission of Evidence Pursuant to Federal Rule of Evidence 404(b), the Defendant's Opposition thereto, and the record herein, it is this _____ day of _____, 2006, hereby

ORDERED, that the Government's Motion is hereby GRANTED

Date:_____

_____
Royce C. Lamberth
United States District Judge

cc:

Denise M. Clark
U.S. Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530

Nikki Lotze
Roberts & Wood
6801 Kenilworth Avenue, Suite 202
Riverdale, Maryland 20737