IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | : |
| | : |
| v. | :  Cr No: 06-34 (RCL) |
| | : |
| MICHAEL SHAW | : |

DEFENDANT'S OPPOSITION TO GOVERNMENT'S MOTION
TO IMPEACH DEFENDANT WITH PRIOR CONVICTIONS

Defendant, Michael Shaw, by and through undersigned counsel, hereby opposes the government's motion to impeach Mr. Shaw with his prior convictions pursuant to Rule 609.

The prior convictions which the government seeks permission to use for impeachment purposes are (1) a 1998 conviction of possession with intent to distribute PCP, and (2) 1998 conviction of carrying a pistol without a license.

The Court should not permit impeachment with the convictions. The convictions are not particularly relevant to truthfulness and/or veracity. Moreover, there would be overwhelming prejudice to Mr. Shaw if the jury were to learn that he had previously been convicted of possessing with intent to distribute PCP, and carrying a pistol without a license. *See, e.g., commentary* to Fed. R. Evid. 609, U.S.C.S. L.Ed (1998) at 781 (suggesting that a defendant "stands a good chance" of not being impeached with convictions which are similar to the crime with which the defendant is charged, and/or are "particularly inflammatory").

Such prejudice is not outweighed by what probity the government might assert in support of its desire to use the convictions to impeach Mr. Shaw if he should testify. Any arguable probative value of the conviction is outweighed by the prejudicial effect of the jury learning that Michael Shaw has been previously convicted of possessing with intent to distribute PCP, and carrying a pistol without a license, neither of which involve dishonesty or false statement. *See,*

*e.g., United States v. Brackeen,* 969 F.2d 827 (9th Cir. 1992) (crimes of "dishonesty or false statement" include only "those crimes that factually or by definition entail some element of misrepresentation or deceit, and not to those crimes which, bad though they are, do not carry with them a tinge of falsification.")

WHEREFORE, for these reasons and any others which might be advanced at any hearing on the government's motion, the Court should deny the government's motion.

Respectfully submitted,

_____
Nikki Lotze
Roberts & Wood
6801 Kenilworth Ave., Suite 202
Riverdale, MD 20737
(301) 699-0764

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Defendant's Opposition has been sent by fax and by mail this _____ day of _____, 2006, to:

AUSA Denise Clark
Office of the United States Attorney
USDC Trial Division
555 4th Street, N.W.
Washington, D.C.  20530

_____
Nikki Lotze