UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**   :   CRIMINAL NO. 06-054 (RCL)
:
**v**   :
:
**MICHAEL SHAW**   :

**<u>ORDER</u>**

WHEREUPON, having considered Goverment's Amended Motion in Limine Seeking Admission of Evidence Pursuant to Federal Rule of Evidence 404(b), the Defendant's Opposition thereto, and the record herein, it is this _____ day of _____, 2006, hereby

ORDERED, that the Government's Motion is hereby GRANTED



Date:_____                         _____
                                                Royce C. Lamberth
                                                United States District Judge


cc:

Denise M. Clark
U.S. Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530

Nikki Lotze
Roberts & Wood
6801 Kenilworth Avenue, Suite 202
Riverdale, Maryland 20737