IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| v. | : | **Case Number: 06-0054** |
| **MICHAEL SHAW** | : | |

<u>DEFENDANT'S MOTION TO CONTINUE MOTIONS HEARING</u>

Michael Shaw, through undersigned counsel, respectfully moves this Court, to continue his evidentiary hearing in this case. In support of this motion counsel states the following:

1. A motions hearing in the captioned case is set for June 16, 2006 at 10:00 am.

2. Undersigned counsel has been in a murder trial in U. S. v. Lennell Cooper in the Superior Court of the District of Columbia and is not prepared to go forward with motions in the captioned case.

3. Counsel's assistant has contacted assigned Assistant United States Attorney Denise Clark, who stated she could not state her position unless provided with proposed dates, which undersigned assistant did not have at the time of filing this request.

WHEREFORE, the defendant requests that this Honorable Court continue the motions hearing in the captioned case.

Respectfully submitted,

/s/
_____
Nikki Lotze
Roberts & Wood
6801 Kenilworth Avenue, #202
Riverdale, MD 20737
(301) 699-0764