IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| v. | : | **Case Number: 06-0054** |
| **MICHAEL SHAW** | : | |

**PROPOSED ORDER**

UPON CONSIDERATION of the Defendant's Motion to Continue the Motions Hearing, it is this _____ day of _____ 2006, hereby

ORDERED that the Motion is GRANTED and the hearing is hereby set for _____.

_____
JUDGE LAMBERTH

cc:    Nikki Lotze
       Roberts & Wood
       6801 Kenilworth Avenue
       Suite 202
       Riverdale, MD 20737

       AUSA Denise Clark
       Office of the United States Attorney
       555 Fourth Street, NW
       Washington, D.C. 20530