IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| v. | : | Case Number: 06-cr-054 |
| **Michael Shaw** | : | |

<u>DEFENDANT'S MOTION TO CONTINUE</u>

Michael Shaw, through undersigned counsel, respectfully moves this Court, to continue the trial in this case. In support of this motion counsel states the following:

1. Trial is scheduled for August 14, 2006.

2. Undersigned counsel will be in trial in State of Maryland v. Kaleem Garrison. Said trial was originally set to begin on August 8, 2006.

3. Undersigned tried to continue the Garrison case however the request was denied and will trail the case counsel is currently in before The Honorable Emmet Sullivan, United States v. Kevin Bailey.

4. Counsel had expected to complete the Bailey case, however due to a death in Judge Sullivan's family, it was delayed and will resume on August 9, 2006.

5. Counsel has contacted assigned assistant state's attorney Denise Clark however was not able to ascertain her position regarding this request.

WHEREFORE, the defendant requests that this Honorable Court continue the trial in the captioned case.

Respectfully submitted,

/s/

_____
Nikki Lotze
Roberts & Wood
6801 Kenilworth Avenue, #202

Riverdale, MD 20737
(301) 699-0764