IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES** :

v. : **Case Number: 06-cr-054**

**Michael Shaw** :

**PROPOSED ORDER**

UPON CONSIDERATION of the Defendant's Motion to Continue, it is this _____ day of _____ 2006, hereby

ORDERED that the Motion is GRANTED and the trial is hereby set for _____.

_____
JUDGE LAMBERTH

cc: Nikki Lotze
Roberts & Wood
6801 Kenilworth Avenue
Suite 202
Riverdale, MD 20737

AUSA Denise Clark
Office of the United States Attorney
555 Fourth Street, NW
Washington, D.C. 20530