UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 06-054(RCL)** |
| | : | |
| v | : | |
| | : | |
| **MICHAEL SHAW** | : | |

### GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO CONTINUE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby responds to defendant's motion to continue. The government states as follows:

1. Defense counsel is currently in trial before the Honorable Judge Emmett G. Sullivan and that trial is scheduled to resume on August 9, 2006.

2. The government has confirmed that defense counsel has a pending homicide trial in the Circuit Court for Prince George's County, Maryland, which that court expects to begin as soon as defense counsel completes the trial before Judge Sullivan.

Accordingly, it appears that defense counsel will be unavailable for trial in this case on August 14, 2006. Thus, the government does not oppose defendant's motion to continue.

Respectfully submitted,

Denise M. Clark
Assistant United States Attorney
Federal Major Crimes, D.C.  Bar No. 479149
555 4th Street, N.W.  #4840
Washington, DC 20530
Phone: 202-353-8213