UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) |
| | ) Criminal No. 06-54 (RCL) |
| **MICHAEL SHAW,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## ORDER

Defendant's motion [18] filed August 7, 2006 to continue the trial, set for August 14, 2006, was orally granted by the Court.

Trial is now re-set for August 24, 2006, at 10:00 a.m. Any motion for a further continuance must be filed no later than noon on August 22, 2006.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, August 18, 2006.