IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| v. | : | Case Number: 06-cr-054 |
| **Michael Shaw** | : | |

### DEFENDANT'S MOTION TO CONTINUE

Michael Shaw, through undersigned counsel, respectfully moves this Court, to continue the trial in this case. In support of this motion counsel states the following:

1. Trial is scheduled for August 24, 2006.

2. Undersigned counsel is away on a preplanned, non-refundable vacation involving three families and will not return until September 6, 2006.

3. It has been suggested that since this case is scheduled for only two days it could be heard on consecutive Fridays. Undersigned would like to explore that possibility.

4. Counsel has contacted assigned AUSA Denise Clark who does not oppose this request however she would prefer not try the case on consecutive Fridays.

5. Undersigned is aware that the time period for a speedy trial will expire while she is away and therefore agrees to waive the same.

WHEREFORE, the defendant requests that this Honorable Court continue the trial in the captioned case.

Respectfully submitted,

/s/

_____
Nikki Lotze
Roberts & Wood
6801 Kenilworth Avenue, #202
Riverdale, MD 20737
(301) 699-0764