## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**UNITED STATES**                            :

**v.**                                            :         **Case Number: 06-cr-054**

**Michael Shaw**                              :

### PROPOSED ORDER

UPON CONSIDERATION of the Defendant's Motion to Continue, it is this _____

day of _____ 2006, hereby

ORDERED that the Motion is GRANTED and the trial currently set for August 24, 2006

is hereby continued to _____.


_____
JUDGE LAMBERTH

cc:    Nikki Lotze
       Roberts & Wood
       6801 Kenilworth Avenue
       Suite 202
       Riverdale, MD 20737

       AUSA Denise Clark
       Office of the United States Attorney
       555 Fourth Street, NW
       Washington, D.C. 20530