UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
**UNITED STATES OF AMERICA**        )
                                    )
        v.                          )
                                    )   **Criminal No. 06-54 (RCL)**
**MICHAEL SHAW,**                   )
                                    )
        **Defendant.**              )
_____)

## <u>ORDER</u>

Defendant's motion [22] filed August 22, 2006 to continue the trial, set for August 24, 2006, is hereby

GRANTED.

Trial is now re-set for September 28, 2006, at 9:30 a.m.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, September 8, 2006.