FILED
SEP 2 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. 06-054(RCL) |
| v | : |
| MICHAEL SHAW | : |

*Let This be filed.*
*Royce C. Lamberth*
*U.S.D.J. 9/25/06*

### FACTUAL PROFFER

On February 1, 2006, shortly before 3 a.m., Metropolitan Police Department Officers Robert Overmeyer and John Succato stopped a silver Chrysler Concorde in the 4200 block of 8th Street, Southeast, Washington, D.C. because they had observed the car traveling at an excessive rate of speed. Officer Overmeyer advised the driver, who was later identified as Michael Shaw, of the reason for the stop. Officer Overmeyer subsequently arrested defendant after observing a small green ziplock bag of marijuana in the driver's door handle.

Defendant and the car he was driving were searched incident to defendant's arrest. Officers found $1,542.81 on defendant's person. In the glovebox of the car, officers located a black semi-automatic Glock 26 handgun which was loaded with 14 rounds of 9mm ammunition including one round in the chamber. In the trunk of the car, officers discovered a brown paper bag containing: (a) cellophane bag with approximately 7 grams of crack cocaine; (b) 6 small blue ziplock bags with each containing approximately 1 gram of crack cocaine; (c) 3 green ziplock bags each containing approximately 3 grams of crack cocaine; (d) 36 small clear ziplock bags each containing a small portion of crack cocaine; and (e) 3 green ziplock bags each containing

marijuana. The officers also found paperwork in the car with defendant's name on it, including a temporary registration form for the car.

                                        Respectfully submitted,

                                        KENNETH L. WAINSTEIN
                                        United States Attorney

DENISE M. CLARK
Assistant United States Attorney
D.C. Bar No. 479149
Federal Major Crimes Section
555 Fourth Street, N.W., Room 4840
Washington, D.C. 20530
202-353-8213

## DEFENDANT'S ACKNOWLEDGMENT

I have read this factual proffer and have discussed it with my attorney, Nikki Lotze, Esquire. I fully understand this factual proffer. I agree and acknowledge by my signature that this proffer of facts is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this factual proffer fully.

Date: 9/25/06

_____
Michael Shaw
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this factual proffer, and have reviewed it with my client fully. I concur in my client's desire to adopt this factual proffer as true and accurate.

Date: 9/25/06

_____
Nikki Lotze, Esquire
Attorney for Defendant