UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 06-54-01 (RCL)** |
| | : | |
| **v.** | : | |
| | : | |
| **MICHAEL SHAW,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Precious Murchison, at telephone number (202) 307-6080 and/or email address Precious.Murchison@usdoj.gov . Precious Murchison will substitute for Assistant United States Attorney Denise Clark as counsel for the United States.

                Respectfully submitted,

                JEFFREY A. TAYLOR
                United States Attorney

                _____
                PRECIOUS MURCHISON
                Assistant United States Attorney
                Federal Major Crimes Section,
                555 4th Street, NW,  Room 4840
                Washington, DC 20530
                (202) 307-6080
                Precious.Murchison@usdoj.gov